IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-00098-FL

| | |
|---|---|
| RICKY L. ODEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Entry of Judgment with Remand to the Commissioner for Further Administrative Proceedings ("Motion for Remand"). Plaintiff, through counsel, consents to Defendant's Motion for Remand.

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and under 42 U.S.C. § 1383(c)(3), and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this ___5th day of ___August___, 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE